# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Pseudo Force Studio LLC | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Strokin Diesel LLC | ) | |
| | ) | 2:25-CV-709-SGC |
| Defendant. | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*

Strokin Diesel LLC
Serve: Registered Agent
Edgil, Dylan W. Diesel
2500 2nd Avenue E
Oneonta, AL ~~32121~~ 35121

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark S. Boardman
Boardman, Carr, Petelos, Watkins, Ogle & Howard, P.C.
400 Boardman Drive
Chelsea, Alabama 35043

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

GREER M. LYNCH, CLERK

DATE: 5-9-25

By: *Angela Day*
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203